**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION**

| | |
|---|---|
| JOHN MILITO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AQUENT LLC, a foreign limited liability company, et al.,<br><br>Defendants. | Case No. 2:25–cv–01647–JHC<br><br>ORDER GRANTING THE PARTIES' STIPULATED MOTION TO CONTINUE THE INITIAL DISCLOSURES AND JOINT STATUS REPORT DEADLINES |

THIS MATTER comes before the Court on the parties' Stipulated Motion to Continue the Initial Disclosure and Joint Status Report Deadlines. Dkt. # 10. Pursuant to the parties' stipulation, the Court ORDERS the remaining deadlines in the Court Order regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. #9) are hereby continued pending Plaintiff's motion to remand.

DATED this 27th day of October, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING THE PARTIES'
STIPULATED MOTION TO CONTINUE INITIAL DISCLOSURES
AND JOINT STATUS REPORT DEADLINES - 1
NO. 2:25–CV–01647–JHC

SE