**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION**

| | |
|---|---|
| JOHN MILITO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AQUENT LLC, a foreign limited liability company et al.,<br><br>Defendants. | Case 2:25-cv-01647-JHC<br><br>ORDER |

THIS MATTER comes before the Court on Plaintiff's Motion to Remand. Dkt. # 12. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. The Court find oral argument unnecessary.

Being fully advised, for the reasons presented by Plaintiff, Dkt. ## 12 and 16, and in line with recent decisions of other judges in this District—*e.g.*, *Hill v. Airgas USA LLC*, 2025 WL 3640901 (W.D. Wash. December 16, 2025); *Milito v. Lucid Grp. USA Inc.*, 2025 WL 3640898 (W.D. Wash. December 16, 2025); *Floyd v. Photon Infotech Inc.*, 2025 WL 3442736 (W.D. Wash. December 1, 2025); *Eggleston v. Bruckner Truck Sales Inc.*, 2025 WL 3153503 (W.D. Wash. November 12, 2025); and *Hill v. Les Schwab Tire Centers of Washington LLC*,

ORDER – 1
CASE 2:25-CV-01647-JHC

1  2025 WL 3062646 (W.D. Wash. October 31, 2025)—the Court GRANTS the motion and
2  REMANDS this case to King County Superior Court.

DATED this 17th day of December, 2025.

*John H. Chun* (signature)
John H. Chun
United States District Judge

ORDER DENYING PLAINTIFF'S MOTION TO REMAND – 2
CASE 2:25-CV-01647-JHC